IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | |
| | ) | No. 33551-8-III |
| Respondent, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LOUIS HERNANDEZ-RIVERA, | ) | UNPUBLISHED OPINION |
| | ) | |
| Appellant. | ) | |

FEARING, C.J. — After Louis Hernandez-Rivera pled guilty to one count of

possession of a controlled substance, the trial court imposed a sentence of twelve months

of community custody. Hernandez-Rivera appeals the imposition of community custody

on the ground that the trial court relied on improper statements in violation of the real

facts doctrine. After Hernandez-Rivera filed his appeal, the Department of Corrections

determined that he was ineligible for community custody. We thus dismiss the appeal as

moot.

PROCEDURE

The State charged Louis Hernandez-Rivera with possession of Vicodin, a

controlled substance. Hernandez-Rivera pled guilty to the charge. The parties agreed on

a portion of a sentence, but not on community custody. The trial court sentenced Hernandez-Rivera to thirty-six days of jail, with credit for thirty-six days served. The trial court also imposed twelve months of community custody.

After Louis Hernandez-Rivera appealed, the Department of Corrections filed a special supervision closure form with the supervision ineligibility box checked. That section of the form read:

> ... The above cause has been screened and is not eligible for supervision by DOC. Therefore, DOC has closed supervision interest in this cause.

Clerk's Papers at 29.

## LAW AND ANALYSIS

Louis Hernandez-Rivera only appeals that portion of his sentence that levies community custody. Nevertheless, the Department of Corrections, despite the trial court order, declines to impose community custody on Hernandez-Rivera. The Department of Corrections holds this prerogative.

A case is moot if a court can no longer provide effective relief. *In re Cross*, 99 Wn.2d 373, 376-77, 662 P.2d 828 (1983). Since Louis Hernandez-Rivera will not suffer community custody, we may not provide Hernandez-Rivera any practical relief.

## CONCLUSION

We dismiss Louis Hernandez-Rivera's appeal as moot.

No. 33551-8-III
*State v. Hernandez-Rivera*

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____
Fearing, C.J.

WE CONCUR:

_____
Korsmo, J.

_____
Lawrence-Berrey, J.

3